## TOM ALEXANDER v. STATE.

### No. A-1119. Opinion Filed September 5, 1911.

Appeal from District Court, McCurtain County; J. R. Armstrong, Judge.

FURMAN, P. J. On the 27th day of September, 1910, judgment was rendered against appellant in the district court of McCurtain county for larceny of horses, and he was sentenced to imprisonment in the state penitentiary for a period of ten years. Appellant attempted to prosecute an appeal from this judgment but he did not file a transcript of the record in this court until the 28th day of April, 1911, which was more than six months after the rendition of the judgment and after the statutory time within which an appeal should be taken had expired. This court therefore did not acquire jurisdiction of this case and the appeal is dismissed.

DOYLE, J., concurs. Judge Armstrong, who presided at the trial of this case in the court below was thereby disqualified and did not participate in the consideration of the case in this court.

---

## JOHN R. REEVES v. STATE.

### No. 1021. Opinion Filed September 5, 1911.

Appeal from District Court, Carter County; Stilwell H. Russell, Judge.

PER CURIAM. Appellant was convicted in the district court of Carter county for the offense of manslaughter in the first degree, and his punishment was assessed at confinement in the penitentiary for a period of four years. Judgment was pronounced against the appellant on the 23rd day of February, 1910. The law in force at that time required the appellant to perfect his appeal within six months from the date of judgment against him. The appeal in this case, however, was not filed in this court until the 23rd day of February, 1911, six months after the time required by law had elapsed within which the appeal should have been perfected. This court, therefore, never acquired jurisdiction of this case and the appeal is dismissed.